# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**446**

**CAF 14-01539**

PRESENT: WHALEN, P.J., CARNI, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF MAXIMILIANO ZAPATA,
PETITIONER-RESPONDENT,

V                                                                ORDER

BRITTANY ZAPATA, RESPONDENT-APPELLANT.

---

WILLIAM D. BRODERICK, JR., ELMA, FOR RESPONDENT-APPELLANT.

MINDY L. MARRANCA, BUFFALO, FOR PETITIONER-RESPONDENT.

MELISSA H. THORE, ATTORNEY FOR THE CHILDREN, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered July 22, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the motion of respondent to "reopen" the matter.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2016                              Frances E. Cafarell
                                                     Clerk of the Court